PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
JAN 2 8 2008
1-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW
NF

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | PARNELL JONES | **Defendant(s):** | RICHARD DICK DEVINE |
| **County of Residence:** | MONTGOMERY | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Parnell Jones
N-82358
Graham - GRM
P.O. Box 499
Hillsboro, IL 62049

08CV605
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A.E. Woodham **Date:** 01/28/2008