AO 240 (1/94)

# United States District Court

_____ DISTRICT OF _____

Plaintiff

PARNELL JONES

v.

Defendant

Richard Dick Devine

**FILED**
JAN 2 8 2008 aew
1-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

08CV605
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

I, _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Graham Correctional Center

   Are you employed at the institution?  Yes   Do you receive any payment from the institution?  Yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [X] Yes   [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  $28.80 (THE STATE)

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes   [X] No
   b. Rent payments, interest or dividends              [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes   [X] No
   d. Disability or workers compensation payments       [ ] Yes   [X] No
   e. Gifts or inheritances                             [ ] Yes   [X] No
   f. Any other sources                                 [X] Yes   [ ] No

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes" state the total amount. _NONE_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE_

I declare under penalty of perjury that the above information is true and correct.

_____        _James Parnell_____
DATE                            SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _7.64_ on account to his/her credit at (name of institution) _GRAHAM C.C._ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ _19.00_ .

_1/16/08_                       _Neitu Stewart_
DATE                            SIGNATURE OF AUTHORIZED OFFICER

**Graham Correctional Center**
**Trust Fund**
View Transactions

**Inmate: N82358 Jones, Parnell**　　　　　　　　　　**Housing Unit: GRA-13-A -09**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 28.31 |
| 04/17/07 | Point of Sale | 60 Commissary | 107765 | 489680 | Commissary | -17.27 | 11.04 |
| 04/20/07 | Disbursements | 88 Filing Fee | 110335 | Chk #54850 | 0700007214, Clerk Of The Distr, Inv. Date: 04/20/2007 | -5.00 | 6.04 |
| 04/24/07 | Point of Sale | 60 Commissary | 114713 | 490739 | Commissary | -1.28 | 4.76 |
| 05/02/07 | AP Correction | 88 Filing Fee | 122535 | Chk #54850 Voided | 0700007214 - Clerk Of The Dist | 5.00 | 9.76 |
| 05/02/07 | Disbursements | 88 Filing Fee | 122335 | Chk #54917 | 0700007214, Clerk Of The Distr, Inv. Date: 04/20/2007 | -5.00 | 4.76 |
| 05/03/07 | Disbursements | 81 Legal Postage | 123335 | Chk #54961 | 04/16/07 81-52, Inmate Benefit, Inv. Date: 04/16/2007 | -2.31 | 2.45 |
| 05/04/07 | Mail Room | 01 MO/Checks (Not Held) | 124216 | 2402392 | Jones, Lyshanna | 20.00 | 22.45 |
| 05/08/07 | Point of Sale | 60 Commissary | 128765 | 492195 | Commissary | -22.23 | .22 |
| 05/10/07 | Payroll | 20 Payroll Adjustment | 130102 | | P/R month of 04/2007 | 19.20 | 19.42 |
| 05/15/07 | Point of Sale | 60 Commissary | 135765 | 493196 | Commissary | -15.02 | 4.40 |
| 05/22/07 | Point of Sale | 60 Commissary | 142765 | 494135 | Commissary | -3.04 | 1.36 |
| 06/06/07 | Point of Sale | 60 Commissary | 157713 | 495332 | Commissary | -1.31 | .05 |
| 06/14/07 | Payroll | 20 Payroll Adjustment | 165102 | | P/R month of 05/2007 | 19.20 | 19.25 |
| 06/20/07 | Point of Sale | 60 Commissary | 171713 | 496479 | Commissary | -14.41 | 4.84 |
| 06/25/07 | Disbursements | 81 Legal Postage | 176335 | Chk #55357 | 06/22/07 81-52, Inmate Benefit, Inv. Date: 06/22/2007 | -.80 | 4.04 |
| 07/12/07 | Payroll | 20 Payroll Adjustment | 193102 | | P/R month of 06/2007 | 19.20 | 23.24 |
| 07/18/07 | Point of Sale | 60 Commissary | 199765 | 498910 | Commissary | -15.18 | 8.06 |
| 07/18/07 | Disbursements | 80 Postage | 199335 | Chk #55533 | 07/10/07 80-52, Inmate Benefit, Inv. Date: 07/10/2007 | -.80 | 7.26 |
| 07/19/07 | AP Correction | 80 Postage | 200535 | Chk #55533 Voided | 07/10/07 80-52 - Inmate Benefi | .80 | 8.06 |
| 07/19/07 | Disbursements | 80 Postage | 200335 | Chk #55557 | 07/10/07 80-52, Inmate Benefit, Inv. Date: 07/10/2007 | -.80 | 7.26 |
| 07/30/07 | Disbursements | 80 Postage | 211335 | Chk #55630 | 07/26/07 80-52, Inmate Benefit, Inv. Date: 07/26/2007 | -1.14 | 6.12 |
| 08/01/07 | Point of Sale | 60 Commissary | 213765 | 500125 | Commissary | -4.44 | 1.68 |
| 08/10/07 | Disbursements | 84 Library | 222335 | Chk #55749 | 08/07/07 84-2, DOC: 523 Fund L, Inv. Date: 08/07/2007 | -.85 | .83 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228102 | | P/R month of 07/2007 | 19.20 | 20.03 |
| 08/17/07 | Point of Sale | 60 Commissary | 229720 | 501258 | Commissary | -19.87 | .16 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257102 | | P/R month of 08/2007 | 19.20 | 19.36 |
| 09/26/07 | Point of Sale | 60 Commissary | 269765 | 505188 | Commissary | -17.87 | 1.49 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285102 | | P/R month of 09/2007 | 19.20 | 20.69 |
| 10/24/07 | Point of Sale | 60 Commissary | 297713 | 507585 | Commissary | -7.68 | 13.01 |
| 10/31/07 | Disbursements | 81 Legal Postage | 304335 | Chk #56413 | 10/25/7 81-6218, Reserve Accou, Inv. Date: 10/25/2007 | -1.31 | 11.70 |
| 11/07/07 | Point of Sale | 60 Commissary | 311765 | 508802 | Commissary | -8.09 | 3.61 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312102 | | P/R month of 10/2007 | 19.20 | 22.81 |
| 11/27/07 | Point of Sale | 60 Commissary | 331713 | 510262 | Commissary | -17.32 | 5.49 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341102 | | P/R month of 11/2007 | 19.20 | 24.69 |
| 12/12/07 | Point of Sale | 60 Commissary | 346765 | 511607 | Commissary | -7.87 | 16.82 |
| 12/31/07 | Disbursements | 84 Library | 365335 | Chk #56869 | 12/31/07 84-2, DOC: 523 Fund L, Inv. Date: 12/31/2007 | -.35 | 16.47 |
| 01/03/08 | Point of Sale | 60 Commissary | 003765 | 512993 | Commissary | -16.15 | .32 |
| 01/10/08 | Payroll | 20 Payroll Adjustment | 010102 | | P/R month of 12/2007 | 20.88 | 21.20 |
| 01/16/08 | Point of Sale | 60 Commissary | 016765 | 514325 | Commissary | -12.16 | 9.04 |

**Graham Correctional Center**
**Trust Fund**
View Transactions

**Inmate: N82358 Jones, Parnell**

**Housing Unit: GRA-13-A -09**

| | |
|---|---|
| Total Inmate Funds: | 9.04 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1.40 |
| Funds Available: | 7.64 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |