

"Motion for the Court to issue An Order"

Plaintiff                                   Honorable Judge MANNING,
                                            08 C 0605

Parnell Jones

        -vs-                    **FILED**
                                FEB 0 5 2008

Defendant                       MICHAEL W. DOBBINS
                                CLERK, U.S. DISTRICT COURT

Richard Dick Devine

Plaintiff request that the honorable Judge MANNING, issue A court order to the internal Affairs Division: Ordering the release of A ballistics test And its results taken in the case 91 CR 14397 based upon An Arrest that took place on 5-17-91.

Specifics Are the comparison of shell casings And bullet fragments from the body of the decease. Also the original statement of one Vactoria Parker, taken in March of 1991 by the first detectives to Arrive on the crime scene.

And the Name And (Star) Number of those first detectives. And A copy of the original police report. This information is related to my issue of Probable Case to charge.

Dear Prisoner Correspondence,

Please forward this to the Clerk of the Court And notify me when the defendant is served.

Thank You



**Richard M. Daley**
Mayor

**Department of Police · City of Chicago**
3510 S. Michigan Avenue · Chicago, Illinois 60653

**Dana V. Starks**
Interim Superintendent of Police

December 19, 2007

Parnell Jones
N82358
P.O. Box 499
Hillsboro IL 62049

Dear Mr. Jones:

I received your letter requesting information from an Internal Affairs Division Investigation. Please be advised that the information being requested is exempt from the Freedom of Information Act. The contents of Internal Affairs Division investigations are only released by court order.

Sincerely,

Debra Kirby
Assistant Deputy Superintendent
Internal Affairs Division

DK/mk

C:\Documents and Settings\pclogin\My Documents\Citizen Letters\2007