MHN

1) Motion to Reconsider And Vacate Judgement

Honorable Judge MANNING.

Reasons set forth       Case 08 C 0605

**FILED**   Plaintiff Jones Parnell

MAR - 6 2008

3-6-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

V

Richard Dick Devine

1) Plaintiff is not sueing the defendant in this case for wrongful conviction.

2) Plaintiff has the right to request for any relief he desires within the Authority or position of the defendant.

3) Plaintiff is sueing the defendant in a 42 U.S.C. 1983 for manufacturing Due Process.

4) In Association with manufacturing due process Plaintiff's stimulus is the Omission of 725-5/109 Section (A)(B)(C). Plaintiffs predicate is ILCS 720-5/32-7 Simulating legal Process.

It is prescribed in the complaint form that Plaintiff shall not cite case law nor statues illustrating a description of its contents.

2)

This Court is a perfect example of the defendants deceptive practice; It dismisses Plaintiff's complaint based upon what it can not see, "Yet" it relies upon what it perceives to be a well processed system.

This Court has exposed and proven plaintiff's claim.

Plaintiff has never been charged by a initial Judicial phase annexed to an arrest in a criminal processing at a initial appearance.

Plaintiff is not denied due process, he has been maliciously given due process by the STATE's Attorney office.

It would be a miscarriage of justice if this Court relies on it's own interpretation of the Plaintiff's Allegations to support its previous ruling in the case set forth.

Plaintiff request that this honorable Court vacate it's previous Judgement and order that the Summons be served on defendant.

3)

There is a established time limitation for statue omissions in the due process system, but there is no set time for a 1983 suit regarding challenging the sufficiency and legality of the system itself in the hands of a state official who's unauthorized to execute within it.

If there is; Plaintiff invokes the fraudulent-concealment rule with his trial and appeals as objects of hinderance and prevention in discovering his claim. Supreme Court Rule

This courts ruling is exhibit (c)

Plaintiff request for Jury trial.

Plaintiff pray that his request is granted.

(32)
Objects of Malicious Prosecution 720 ILCS 5/32-7

1) dead bill of Indictment,
2) Mittimus Issued,

Subscribed and sworn to before me this 29th day February 2008

Parnell Jones
N82358

"OFFICIAL SEAL"
Gary D. Perkins
Notary Public, State of Illinois
My Commission Exp. 04/02/2008

Gary D. Perkins

Honorable MANNING,
Case 08C0605

Motion (to) Reconsider And VACAte Judgement

This case is in regards to the Authority And position of the defendant.

Also his position on immunity.

Buckley V. Fitzsimmons
Cite As 113 S.Ct 2606 (1993)

1) The prosecutor had the Accused released from jail by his Authority to go before the court And right A Wrong. Civil Rights Key 211.1)

2) Manufactering Due Process. Civil Rights Key/214(9)

3) No initial Appearance "charge" Civil Rights Key/214(2)

"Quote" By contrast, if A constitutional Wrong is complete before the case begins the prosecutor is entitled only to qualified immunity.

Defendant has no immunity. This is A criminal offense taking him outside his Jurisdiction As A "Person" functioning for the State.

Parnell Jones
N82358